# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wayne Bryant, | No. CV-13-01563-PHX-GMS |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Arizona Pipe Trades Pension Trust Fund; Arizona Pipe Trades Pension Trust Board of Trustees; Arizona Pipe Trades Defined Contribution Plan; Arizona Pipe Trades Defined Contribution Plan Board of Trustees, | |
| Defendants/Counterclaimants. | |

The Court having considered the parties' Notice of Settlement and the parties' Joint Motion to Set Hearing on Motion for Preliminary Approval and Proposed Form of Notice on or after July 23, 2015 and to Stay Proceedings (Doc. 94) and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' joint motion is granted and the parties are ordered to present a joint motion for preliminary approval of the class action settlement and proposed form of notice to class members of the settlement on or before **July 23, 2015**.

**IT IS FURTHER ORDERED** that the Court shall hold a hearing on the parties' joint motion for preliminary approval of the class action settlement and proposed form of

notice on **July 29, 2015 at 9:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

**IT IS FURTHER ORDERED** that all deadlines in this matter are stayed pending further Order of the Court.

Dated this 24th day of June, 2015.

_____
Honorable G. Murray Snow
United States District Judge