# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wayne Bryant, | No. CV-13-01563-PHX-GMS |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Arizona Pipe Trades Pension Trust Fund; Arizona Pipe Trades Pension Trust Board of Trustees;  Arizona Pipe Trades Defined Contribution Plan;  Arizona Pipe Trades Defined Contribution Plan Board of Trustees, | |
| Defendants/Counterclaimants. | |

This Court, having read and considered the (Second) Joint Motion to Extend Date to File Motion for Preliminary Approval of the Class Action Settlement and Proposed Form of Notice and to Reset Hearing (Doc. 96) and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' joint motion is granted.  The Joint Motion for Preliminary Approval of the Class Action Settlement and Proposed Form of Notice to Class Members shall be due on or before **August 6, 2015.**

**IT IS FURTHER ORDERED** that the hearing currently set for July 29, 2015 is vacated and reset for **August 7, 2015 at 3:00 p.m.**

Dated this 21st day of July, 2015.

Honorable G. Murray Snow
United States District Judge