**SUSAN MARTIN (AZ#014226)**
**JENNIFER KROLL (AZ#019859)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Wayne Bryant, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>Pension Plan for the Arizona Pipe Trades Pension Trust Fund; Board of Trustees of the Arizona Pipe Trades Pension Trust, Plan Administrator of the Pension Plan for the Arizona Pipe Trades Pension Plan; Arizona Pipe Trades Defined Contribution Plan; Board of Trustees of the Arizona Pipe Trades Defined Contribution Plan, Plan Administrator of the Arizona Pipe Trades Defined Contribution Plan<br><br>　　　　Defendants. | Case No.:  2:13-cv-01563-GMS<br><br>**MOTION TO EXCEED PAGE LIMIT ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |

　　　　Plaintiff and Defendants by and through undersigned counsel, hereby move to exceed the page limit on the parties' Joint Motion for Preliminary Approval of Settlement Agreement.

　　　　The proposed settlement is an extensive and detailed agreement for settlement of complex ERISA claims. Additional pages are necessary to fully apprise the Court of the background, the details of the settlement, the proposed notice and address the criteria for preliminary approval of the settlement and the proposed notice to the class members.

Accordingly, the parties respectfully request permission to exceed the page limitation by an additional 4 pages for a total of 21 pages.

Respectfully submitted this 6th day of August 2015.

        **MARTIN & BONNETT, P.L.L.C.**

    By: s/Susan Martin
      Susan Martin
      Jennifer L. Kroll
      1850 N. Central Ave. Suite 2010
      Phoenix, AZ 85004
      (602) 240-6900

      Attorneys for Plaintiff

      **JENNINGS, STROUSS & SALMON, PLC**

    By: s/Jeffrey Gardner (w/ permission)
      Keith Overholt
      Jeffrey Gardner
      One E. Washington Street
      19th Floor
      Phoenix, Arizona 85004-2554

      **WARD, KEENAN & BARRETT, P.C.**
      Michael J. Keenan
      3838 N. Central Avenue
      Suite 1720
      Phoenix, AZ 85012

      Attorneys for Defendants

4604427v1(55722.3)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Keenan
Ward, Keenan & Barrett, PC
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012

Keith Overholt
Jeffrey D. Gardner
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

Attorneys for Defendants

s/T. Mahabir